**Order filed, April 3, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00129-CV

_____

**ACE PARKING MANAGEMENT, INC., Appellant**

**V.**

**MAIN STREET PARKING, LIMITED AND BRANTLEY MINOR, Appellee**

_____

## NO. 14-13-00195-CV

_____

**BRANTLEY MINOR, Appellant**

**V.**

**ACE PARKING MANAGEMENT, INC., Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50648**

# ORDER

The reporter's record in this case was due **March 20, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cantrece Addison**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM